FILED
2011 SEP -6 PM 3:16
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

RECEIVED
SEP 08 2011
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Printed: 09/02/11 11:51 AM

# Claims Distribution Small Checks

**Case:** 10-31926 - JOHNSON, ELLEN M

**Trustee:** William J. Leberman (520180)

Page: 1

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment | Check Amount: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9200408009566 | 110 | 09/02/11 | 5 | 02/08/11 | 610 | Payee: U.S. Bankruptcy Court c/o Chase Bank USA, N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | 136.48 | 136.48 | | 3.35 | $3.35 |

---

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

# 51100410 - JF

September 06, 2011
14:03:13

TREA REG
10-31926

Debtor.: ELLEN M JOHNSON
Judge..: MARGARET CANGILOS-RUIZ
Trustee: William Leberman
Amount.:                  $3.35 CH
Check#.: 110

Total->    $3.35

FROM: WILLIAM J. LEBERMAN
ONE LINCOLN CENTER
SUITE 1110
SYRACUSE, NY 13202